IN THE SUPREME COURT OF TEXAS

 No. 08-0906

 IN RE TEXAS BEST STAFF LEASING, INC. D/B/A ALT-SOURCE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency relief, filed October 27, 2008,
is granted. All trial court proceedings in Cause No. 2007-33595, styled
Gerardo Herrera v. Strong Industries, Inc., in the 280th District Court of
Harris County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 07, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk